# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

AssuredPartners of Illinois, LLC

                              Plaintiff,

v.                                                    Case No.: 1:25–cv–03074
                                                      Honorable Mary M. Rowland

Timothy Heublein, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2025:

          MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [67] and joint motion to enter order on motion for order to show cause and amended TRO [68]. Parties' joint motion [68] is granted. The parties have negotiated and resolved Plaintiff's contempt motion [44] through a proposed order. Plaintiff's reserve the issue of attorneys' fees. Plaintiff's motion to show cause [44] is terminated. The parties are to submit the proposed order ([68] Ex. 1) to the Court's proposed order inbox. The parties are to file the exhibits admitted during the evidentiary hearing on 6/13/25 on the docket with identifying exhibit numbers (e.g. Plaintiff's Ex. 1) by 6/25/25. Parties are granted leave to file Plaintiff's Ex. 2 under seal. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.